(Exh. A.)

MRS

| STATE OF MICHIGAN 14th JUDICIAL CIRCUIT MUSKEGON COUNTY | MOTION TO REVIEW CHILD SUPPORT | FILE NO. 91-9461-DP |
|---|---|---|
| 990 Terrace Street, 3rd Floor, Muskegon, MI 49442 | | (231) 724-6421 |

**Plaintiff's information:**
name: Diondra Henderson
address:
city, state, zip:
telephone #:

**Defendant's information:**
name: John A. Harris
address: 522 Amity Ave
city, state, zip: Muskegon MI 49442
telephone #:

## INCOME INFORMATION

**Plaintiff's information:**
employer:
address:
city, state, zip:
telephone #:

**Defendant's information:**
employer: ∅
address:
city, state, zip:
telephone #:

1. I am requesting that the Court review my current child support order or establish a child support order, including child care, medical obligation and if applicable, arrearage payment using the Michigan Child Support Formula.

2. Conditions regarding support have changed as follows: (if necessary attach a separate sheet)

3. I understand that by requesting a review, my child support, child care, medical obligation or arrearage payment may increase or decrease depending on the parties' current income information.

I declare that the above statements are true to the best of my knowledge and belief.

7-22-10
Date

CALENDARED

_____
Signature of party filing motion

exhibit 1 (A)

(EXH. B)

| STATE OF MICHIGAN<br>14TH JUDICIAL CIRCUIT<br>MUSKEGON COUNTY | ENFORCEMENT ORDER | CASE NO.<br>1991-009461-DP<br>HON. GREGORY PITTMAN |
|---|---|---|

Muskegon County Friend of the Court Address:
990 Terrace 3rd Floor Muskegon, MI 49442

Telephone No. (231) 724-6421
Fax No. (231) 724-1108

**Plaintiff's name, address, and telephone no.**
DIONDRA HENDERSON

v

**Defendant's name, address, and telephone no.**
JOHN ARTHUR HARRIS JR
522 Amity Ave
Muskegon, MI 49442
(231) 457-4640

Plaintiff's attorney name, address, telephone no., and bar no.

Defendant's attorney name, address, telephone no., and bar no.

Date of Hearing: 1/10/11

Respondent: JOHN ARTHUR HARRIS JR

**FINDINGS:**

**IT IS ORDERED:**

The bench warrant is discharged.

The Respondent is assessed costs of $100.00 payable to the Friend of the Court.

Beginning January 1, 2011 respondent shall pay $201.03 monthly. This sum shall be applied to current and past due support, and any other obligations assessed by the court.

Both parties shall notify the Friend of the Court in writing within 21 days of the change in: a) their mailing or residence addresses and telephone numbers; b) the name, address, and telephone number of their employers or sources of income; c) their health maintenance or insurance company insurance coverage or contract numbers; d) their occupational or driver's licenses; and e) their social security numbers unless law exempts that person from providing the social security number.

Medical confinement to be adjusted as follows; all surcharges shall be removed, current monthly charges shall cease and any remaining payoff balance shall be transferred to arrears. Respondent will pay $25.00 per month (court ordered) toward the arrears of this case.

Respondent has made payment to the account. Within 14 days the respondent will pay $200 (including the $100 bench warrant fee) and/or he will file a motion to have his support reviewed. Respondent is to continue to make monthly payments towards his current support while awaiting review. Respondent must attend any hearings scheduled for review. Any calendar month without payment will result in non compliance. Noncompliance of this order will result in a bench warrant for respondent's arrest.

Date Signed: JAN 12 2011

HON. GREGORY PITTMAN P44791

CALENDARED

was reviewed

ENFORCEMENT ORDER
FEN142 (Rev. 03/06)

Page 1 of 2

1991-009461-DP
MCL 552.632

Michigan Legislature - Section 552.455　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
Case 1:15-cv-01245-JTN-ESC　ECF No. 7-1 filed 01/08/16　PageID.65　Page 3 of 4

(Exh. C.)



# MICHIGAN LEGISLATURE

Michigan Compiled Laws Complete Through PA 209 of 2015
House: Adjourned until Wednesday, January 13, 2016 12:00:00 PM
Senate: Adjourned until Wednesday, January 13, 2016 12:00:00 PM

**Home　Register　Why Register?　Login　New!　Help**

 **NAVIGATE SECTIONS** 

MCL Chapter Index

- Chapter 552
- Act 138 of 1966
- Section 552.455

**Legislature**

Bills
Appropriation Bills
Calendars
Committees
Committee Bill Records
Committee Meetings
Concurrent Resolutions
Initiatives
Joint Resolutions
Journals
Legislators
Public Act (Signed Bills)
Resolutions
Rules
Session Schedules
Search - Basic
Search - Advanced

**Laws**

Often Req Laws
Req Outdated Acts
Basic MCL Search
Advanced MCL Search
Public Act MCL Search
Michigan Constitution
Chapter Index
Executive Orders
Executive Reorgs
Historical Documents
MCL Tables

**More**

Archives
Michigan Manuals
Michigan Color Themes
Publications
Related Sites

## Section 552.455

friendly link　Printer Friendly

**THE FAMILY SUPPORT ACT (EXCERPT)**
**Act 138 of 1966**

**552.455 Modification of order; application and notice; order void upon entry of judgment of divorce or separate maintenance.**

★ Sec. 5.

An order entered under section 2 may be modified by the court upon proper application to the court and due notice to the opposite party. If a judgment of divorce or of separate maintenance is entered by a court having personal jurisdiction over the parties, an order entered under this act is null and void upon the effective date of the judgment.

**History:** 1966, Act 138, Eff. Mar. 10, 1967 ;-- Am. 1990, Act 237, Imd. Eff. Oct. 10, 1990 ;-- Am. 1990, Act 292, Imd. Eff. Dec. 14, 1990 ;-- Am. 1996, Act 5, Eff. June 1, 1996 ;-- Am. 2002, Act 8, Imd. Eff. Feb. 14, 2002

© 2015 Legislative Council, State of Michigan

(Exh. D.)

```
 1    say, I can't-- I can't pay it, or I can't-- or I've been laid
 2    off, I don't-- I can't find a job.  All those things are no
 3    defenses.
 4         * But Adams seems to leave open and doesn't really
 5    clearly say it, but it seems to suggest, your Honor, that if
 6    you seek modification, you should not be prosecuted.  And I
 7    think the court should hold the prosecution and the Friend of
 8    the Court to the standard that one of the other could be
 9    pursued.
10         * All the remedies that are now available to the
11    Friend of the Court for collection seem more than adequate in
12    this case to deal with this man, and the support obligation he
13    has, and the children that he's obligated to support.  And it
14    seems to me that they've elected to pursue the civil remedies
15    through the Friend of the Court through the assigned civil
16    judge.
17         * So for us to be facing, under the Adams law and the
18    existing criminal statute, another court attempting to
19    overrule the-- in essence, overrule the Pittman order is
20    unfair to him and shouldn't be allowed.
21              THE COURT:  Mr. Balgooyen, thank you.
22              Mr. Corbett?
23              MR. CORBETT:  Well, no offense to Mr. Balgooyen, but
24    that's absurd that when you don't pay your bills and then
25    years later you come in and ask for a modification, that all
```