(EXH. 1)

```
 1              THE COURT:  Wonderful.  Thank you.  Mr. Corbett,
 2   anything else?
 3              MR. CORBETT:  No additional--  No further additions.
 4              THE COURT:  All right.
 5              Elocution, Mr. Balgooyen?
 6              MR. BALGOOYEN:  Well I think we need to keep in mind
 7   that this is a strict liability-type offense.  And much of the
 8   arrears here comes from his history, not from his current
 9   behavior.  I suggest he's becoming cooperative and wanting to
10   find work.  But because of this injury he's had, it's going to
11   be awhile before he's going to be actually to apply.
12              THE COURT:  All right.  Thanks.  Mr. Harris, is
13   there anything else you'd like to say?
14              THE DEFENDANT:  Yes.  After looking over my
15   presentence investigation, the presentence investigator stated
16   that I've been ordered to pay $25 toward the exact arrearages,
17   in which the prosecutor brought towards me as saying that I
18   was in non-compliance of.
19           *  And if I've been ordered by Judge Pittman to pay $25
20   toward my non-compliance to my past child support arrearages,
21   I ask you now, your Honor, what would your order be?  That I
22   comply with the order I already been ordered to comply with,
23   or you going to order me to make payment arrearage amounts.
24   And if so, do I now have two orders?
25              THE COURT:  Mr. Harris, are you claiming that the
```

SUSAN K. PATELSKI, CER-6368
OFFICIAL COURT RECORDER, MUSKEGON, MICHIGAN
(Disc No. 2012-14, 01/23/12, 2:05 p.m.)

(Exh. 1A)

1  \*==You then asked me a couple of questions about whose order were==
2  ==you supposed to follow, and I'm declining to answer that.==  I'm
3  convinced that Mr. Balgooyen's efforts on your behalf have
4  been diligent.  They've been strenuous.  And they have
5  resolved all the legal challenges that you have.
6           So we're here for sentencing, and I started into
7  that a minute ago.  This is probably the only six-figure child
8  support case I've ever seen.  We've had some big ones.  I
9  don't think I've ever seen anybody into the six figures, and
10 you're there.
11          And I'm imposing this sentence:  5 years of
12 probation-- \* ==that will give you the maximum amount of time to==
13 ==pay this arrears,==-- 12 months in the county jail, credit for
14 164 days.  When you're on probation, only two rules:
15 substance abuse and alcohol testing and counseling, and
16 maintaining full-time employment as best you can.
17          Fines and costs $68 state costs, $130 crime victims
18 rights fund, oversight fees of $10 a month-- I'm keeping that
19 as low as I can-- court costs of $500.
20          Mr. Riley, anything else?
21          MR. RILEY:  No.
22          THE COURT:  Okay.  Mr. Harris, you are entitled to
23 file an application for leave to appeal these proceedings.  If
24 you are financially unable to retain an attorney, you may
25 request the appointment of an attorney to represent you on

# INCOME WITHHOLDING FOR SUPPORT

[X] ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
[ ] AMENDED IWO
[ ] ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
[ ] TERMINATION OF IWO

Date: 08/10/2015

[X] Child Support Enforcement (CSE) Agency [X] Court [ ] Attorney [ ] Private Individual/Entity (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/programs/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSE agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory: Michigan
City/County/Dist./Tribe: Muskegon County Friend of the Court
Private Individual/Entity: 

Remittance ID (include w/payment): 910719547
Order ID: 1991009461
CSE Agency Case ID: 910719547

Employer/Income Withholder's Name: FORGE INDUSTRIAL STAFFING INCORPORATED
Employer/Income Withholder's Address: 5011 28TH ST SE SUITE B, GRAND RAPIDS, MI 49512-2058
Employer/Income Withholder's FEIN: 363996991

RE: HARRIS, JOHN, ARTHUR
Employee/Obligor's Name (Last, First, Middle)
Employee/Obligor's Social Security Number: 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
Custodial Party/Obligee's Name (Last, First, Middle): HENDERSON, DIONDRA

| Child(ren)'s Name(s) (Last, First, Middle) | Child(ren)'s Birth Date(s) |
|---|---|
| HARRIS, JOHN, ARTHUR | 09/28/1987 |
| JEFFERSON, SHARDAE, S | 06/03/1996 |
| HARRIS, JHAVON, MIQUEL | 07/23/1994 |
| JEFFERSONHARRIS, SHIMERE, PHAMECO | 01/12/1991 |

**ORDER INFORMATION:** This document is based on the support or withholding order from Michigan (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$ 0.00 Per month current child support
$ 0.00 Per month past-due child support - **Arrears greater than 12 weeks?** [X] Yes [ ] No
$ 0.00 Per month current cash medical support
$ 0.00 Per month past-due cash medical support
$ 0.00 Per month current spousal support
$ 0.00 Per month past-due spousal support
$ 1,147.50 Per month other (must specify) Arrears and/or Fees
for a **Total Amount to Withhold** of **$1,147.50** per **MONTH**.

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$263.79 per weekly pay period           $573.75 per semimonthly pay period (twice a month)
$527.59 per biweekly pay period (every two weeks) $1,147.50 per monthly pay period
$_____ Lump Sum Payment: Do not stop any existing IWO unless you receive a termination order.

Document Tracking ID 1991009461-DP

OMB 0970-0154

(Exhibit-2 A)

2011000624 sc

| STATE OF MICHIGAN<br>60th JUDICIAL DISTRICT<br>14th JUDICIAL CIRCUIT | | INFORMATION<br>FELONY | | DISTRICT: 11-1D9976-FY<br>CIRCUIT: 11-060322-FH | |
|---|---|---|---|---|---|
| District Court ORI: MI610025J<br>990 Terrrace Street, Muskegon, MI 49442 231-724-6283 | | | Circuit Court ORI: MI610015J<br>990 Terrace Street, Muskegon, MI 49442 231-724-6251 | | |
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V JOHN ARTHUR HARRIS JR<br>522 AMITY<br>MUSKEGON, MI, 49442 | | | Victim or complainant<br>Complaining Witness | |
| Co-defendant(s) | | | | Date: On or about<br>12/17/2004-12/17/10 | |
| City/Twp./Village<br>Muskegon County | County in Michigan<br>MUSKEGON | Defendant TCN | Defendant CTN<br>61-110006<s>2</s>4-01 | Defendant SID | Defendant DOB<br>M/B 06/17/1968 |
| Police agency report no.<br>MCSD 10-9839 | Charge<br>See below | DLN Type: | Vehicle Type | Defendant DLN | |

STATE OF MICHIGAN, COUNTY OF MUSKEGON
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this county appears before the court and informs the court that on the date and at the location described above, the defendant:

**COUNT 1: CHILD SUPPORT - FAILING TO PAY**
did not pay support for his or her children, in the amount or at the time stated in an order entered by the 14th Circuit court in file number 1991009461-DP; contrary to MCL 750.165. [750.165] FELONY: 4 Years and/or $2,000.00

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 05/26/1988, he or she was convicted of assault with a dangerous weapon in violation of MCL 750.82; in the 14th Circuit Court for Muskegon County, State of Michigan;
And on or about 06/19/1995, he or she was convicted of uttering and publishing in violation of MCL 750.249; in the 14th Circuit Court for Muskegon County, State of Michigan;
And on or about 03/30/2007, he or she was convicted of identity theft in violation of MCL 445.65; in the 20th Circuit Court for Ottawa County, State of Michigan;
Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]
PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

Contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Michigan.

CALENDARED

3-4-11
Date

Prosecuting Attorney
By: _____
TONY TAGUE P36226

2011 MAR -3 P 3 36
NANCY A. WATERS
MUSKEGON COUNTY CLERK
FILED

(exh. 3)

| STATE OF MICHIGAN<br>14TH JUDICIAL CIRCUIT<br>MUSKEGON COUNTY | ENFORCEMENT ORDER | CASE NO.<br>1991-009461-DP<br>HON. GREGORY PITTMAN |
|---|---|---|

Muskegon County Friend of the Court Address:  
990 Terrace 3rd Floor Muskegon, MI 49442

Telephone No. (231) 724-6421  
Fax No. (231) 724-1108

| Plaintiff's name, address, and telephone no.<br>DIONDRA HENDERSON<br>*********<br>*********<br>*********<br>********* ** ***** ****<br>,<br>(***) ***-**** | v | Defendant's name, address, and telephone no.<br>JOHN ARTHUR HARRIS JR<br>522 Amity Ave<br>Muskegon, MI 49442<br><br>(231) 457-4640 |
|---|---|---|
| Plaintiff's attorney name, address, telephone no., and bar no. | | Defendant's attorney name, address, telephone no., and bar no. |

Date of Hearing: 1/10/11

Respondent: JOHN ARTHUR HARRIS JR

CALENDARED

**FINDINGS:**

**IT IS ORDERED:**

The bench warrant is discharged.

The Respondent is assessed costs of $100.00 payable to the Friend of the Court.

Beginning January 1, 2011 respondent shall pay $201.03 monthly. This sum shall be applied to current and past due support, and any other obligations assessed by the court.

Both parties shall notify the Friend of the Court in writing within 21 days of the change in: a) their mailing or residence addresses and telephone numbers; b) the name, address, and telephone number of their employers or sources of income; c) their health maintenance or insurance company insurance coverage or contract numbers; d) their occupational or driver's licenses; and e) their social security numbers unless law exempts that person from providing the social security number.

Medical confinement to be adjusted as follows; all surcharges shall be removed, current monthly charges shall cease and any remaining payoff balance shall be transferred to arrears. Respondent will pay $25.00 per month (court ordered) toward the arrears of this case.

Respondent has made payment to the account. Within 14 days the respondent will pay $200 (including the $100 bench warrant fee) and/or he will file a motion to have his support reviewed. Respondent is to continue to make monthly payments towards his current support while awaiting review. Respondent must attend any hearings scheduled for review. Any calendar month without payment will result in non compliance. **Noncompliance of this order will result in a bench warrant for respondent's arrest.**

Date Signed: JAN 1 2 2011

HON. GREGORY PITTMAN P44791

exhibit 2

# INCOME WITHHOLDING FOR SUPPORT

[ ] ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
[X] AMENDED IWO
[ ] ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT
[ ] TERMINATION OF IWO

Date: 12/28/2015

[X] Child Support Enforcement (CSE) Agency [X] Court [ ] Attorney [ ] Private Individual/Entity (Check One)

NOTE: This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/programs/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSE agency or a court, a copy of the underlying order must be attached.

State/Tribe/Territory: Michigan
City/County/Dist./Tribe: Muskegon County Friend of the Court
Private Individual/Entity:

Remittance ID (include w/payment): 910719547
Order ID: 1991009461
CSE Agency Case ID: 910719547

FORGE INDUSTRIAL STAFFING INCORPORATED
Employer/Income Withholder's Name
5011 28TH ST SE SUITE B
Employer/Income Withholder's Address
GRAND RAPIDS, MI 49512-2058

RE: HARRIS, JOHN, ARTHUR
Employee/Obligor's Name (Last, First, Middle)
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
Employee/Obligor's Social Security Number
HENDERSON, DIONDRA
Custodial Party/Obligee's Name (Last, First, Middle)

Employer/Income Withholder's FEIN: 363996991

| Child(ren)'s Name(s) (Last, First, Middle) | Child(ren)'s Birth Date(s) |
|---|---|
| HARRIS, JOHN, ARTHUR | 09/28/1987 |
| JEFFERSON, SHARDAE, S | 06/03/1996 |
| HARRIS, JHAVON, MIQUEL | 07/23/1994 |
| JEFFERSON HARRIS, SHIMERE, PHAMEIC | 01/12/1990 |

*duplicate*

**ORDER INFORMATION:** This document is based on the support or withholding order from Michigan (State/Tribe). You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$ 0.00 Per month current child support
$ 0.00 Per month past-due child support - **Arrears greater than 12 weeks?** [X] Yes [ ] No
$ 0.00 Per month current cash medical support
$ 0.00 Per month past-due cash medical support
$ 0.00 Per month current spousal support
$ 0.00 Per month past-due spousal support
$ 28.50 Per month other (must specify) Arrears and/or Fees
for a **Total Amount to Withhold** of **$28.50** per **MONTH**.

RECEIVED JAN 07 2016

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the Order Information. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

| | | | |
|---|---|---|---|
| $6.55 | per weekly pay period | $14.25 | per semimonthly pay period (twice a month) |
| $13.10 | per biweekly pay period (every two weeks) | $28.50 | per monthly pay period |
| $ | **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order. | | |

Document Tracking ID 1991009461-DP

OMB 0970-0154