(EX. B)

| Original - Court | 3rd copy - Michigan State Police CJIC |
| 1st copy - Corrections | 4th copy - Defendant |
| Approved, SCAO | 2nd copy - Corrections (for return) | 5th copy - Prosecutor | PAGE 1 |

| STATE OF MICHIGAN<br>14TH JUDICIAL CIRCUIT<br>MUSKEGON COUNTY | JUDGMENT OF SENTENCE<br>COMMITMENT TO<br>DEPARTMENT OF CORRECTIONS | CASE NO.<br>11-060322-FH-A |
|---|---|---|
| ORI<br>MI-610015J | Court Address 990 TERRACE STREET<br>MUSKEGON, MI 49442 | Court Telephone no.<br>231-724-6251 |

Police Report No. MCSD109839

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant name, address, and telephone no.<br>JOHN ARTHUR HARRIS JR<br>522 AMITY ST<br>MUSKEGON, MI 49442 |
|---|---|---|

| CTN/TCN | SID | DOB |
|---|---|---|
| 611100062401 | 1422274H | 6/17/68 |

| Prosecuting attorney's name | Bar no. | Defendant attorney's name | Bar no. |
|---|---|---|---|
| HILSON, DALE J., | 57726 | JOHNSON, FREDERICK D., JR. | 36283 |

The defendant was found guilty on 3/05/2014 of a probation violation.

1. The defendant was found guilty on 7/26/11 of the crime(s) stated below.

| Count | CONVICTED BY | | | DISMISSED BY* | CRIME | CHARGE CODE(S)<br>MCL citation/PACC code |
|---|---|---|---|---|---|---|
| | Plea* | Court | Jury | | | |
| 1 | G | | | | CHILD SUPPORT FAIL TO PAY | 750.165 |
| | | X | | | HABITUAL OFFENDER 4TH CON | 769.12 |
| | G | | | | PROBATION VIOLATION | |

*For plea: insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill. For dismissal: insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(21)(b).

Defendant's driver's license number _____

☐ 3. HIV testing and sex offender registration is completed.
☐ 4. The defendant has been fingerprinted according to MCL 28.243.

**IT IS ORDERED:**
☒ 5. Probation is revoked.
6. Participating in a special alternative incarceration unit is ☐ prohibited. ☐ permitted.
7. The defendant is <u>sentenced to custody</u> of the Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM | | | MAXIMUM | | | DATE SENTENCE BEGINS | JAIL CREDIT | | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Years | Mos. | Days | Years | Mos. | Days | | Mos. | Days | |
| 1 | 4/07/14 | | 18 | | | 10 | | 4/07/14 | | 297 | |

☐ 8. Sentence(s) to be served consecutively to (If this item is not checked, the sentence is concurrent.)
  ☐ each other.   ☐ case numbers _____.

9. The defendant shall pay:
  $500.00 CIRCUIT COURT COSTS   $130.00 CRIME VICTIM RIGHTS   $68.00 STATE MINIMUM COSTS
  $104425.61 TOTAL   $103588.01 RESTITUTION PAYABLES   $139.60 20% LATE FEE
         $104425.61 BALANCE

The due date for payment is 4/07/24. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 10. The concealed weapon board shall ☐ suspend for ___ days ☐ permanently revoke the concealed weapon license, permit number _____ County.

☐ 11. The defendant is subject to lifetime monitoring under MCL 750.520n.

I HEREBY CERTIFY this to be a true and correct copy of the original on file with the MUSKEGON COUNTY CLERK. This Certified Copy VALID Only When SEAL and RED SIGNATURE Are Affixed.

*Nancy A. Waters*
MUSKEGON COUNTY CLERK

SEE NEXT PAGE

CC 219b (3/12) JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS
MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22, MCL 780.766, MCR 6.427