Original - Court                  4th copy - Defendant
Approved, SCAO    1st copy - Corrections      5th copy - Prosecutor            PAGE 1
                  2nd copy - Corrections (for return)

| STATE OF MICHIGAN 14TH JUDICIAL CIRCUIT MUSKEGON COUNTY | JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS | CASE NO. 11-060322-FH-A |
|---|---|---|

ORI MI-610015J   Court Address 990 TERRACE STREET MUSKEGON, MI 49442   (Exh. A)   Court Telephone no. 231-724-6251

Police Report No. MCSD109839

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant name, address, and telephone no. JOHN ARTHUR HARRIS JR 522 AMITY ST MUSKEGON, MI 49442 |
|---|---|---|

| CTN/TCN | SID | DOB |
|---|---|---|
| 611100062401 | 1422274H | 6/17/68 |

| Prosecuting attorney's name | Bar no. | Defendant attorney's name | Bar no. |
|---|---|---|---|
| HILSON, DALE J., | 57726 | JOHNSON, FREDERICK D., JR. | 36283 |

The defendant was found guilty on 3/05/2014 of a probation violation.

1. The defendant was found guilty on __7/26/11__ of the crime(s) stated below.
   Date

| Count | CONVICTED BY Plea* | Court | Jury | DISMISSED BY* | CRIME | CHARGE CODE(S) MCL citation/PACC code |
|---|---|---|---|---|---|---|
| 1 | G | | | | CHILD SUPPORT FAIL TO PAY | 750.165 |
|   |   | X |   |   | HABITUAL OFFENDER 4TH CON | 769.12 |
|   | G |   |   |   | PROBATION VIOLATION | |

*For plea: insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill. For dismissal: insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(21)(b).

Defendant's driver's license number

☐ 3. HIV testing and sex offender registration is completed.
☐ 4. The defendant has been fingerprinted according to MCL 28.243.

**IT IS ORDERED:**
☒ 5. Probation is revoked.
6. Participating in a special alternative incarceration unit is ☐ prohibited. ☐ permitted.
7. The defendant is sentenced to custody of the Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | Days | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/07/14 | | 18 | | | 10 | | 4/07/14 | | 297 | |

☐ 8. Sentence(s) to be served consecutively to (If this item is not checked, the sentence is concurrent.)
   ☐ each other.   ☐ case numbers _____.

9. The defendant shall pay:   $130.00 CRIME VICTIM RIGHTS   $68.00 STATE MINIMUM COSTS
   $500.00 CIRCUIT COURT COSTS   $103588.01 RESTITUTION PAYABLES   $139.60 20% LATE FEE
   $104425.61 TOTAL   $104425.61 BALANCE

The due date for payment is __4/07/24__. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 10. The concealed weapon board shall ☐ suspend for ___ days ☐ permanently revoke the concealed weapon license, permit number _____ County.

☐ 11. The defendant is subject to lifetime monitoring under MCL 750.520n.

I HEREBY CERTIFY this to be a true and correct copy of the original on file with the Clerk of MUSKEGON COUNTY CLERK. This Certified Copy VALID Only When SEAL and RED SIGNATURE Are Affixed.

Nancy A. Waters
MUSKEGON COUNTY CLERK

SEE NEXT PAGE

CC 219b (3/12) **JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS**
MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22, MCL 780.766, MCR 6.427